IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:18MJ589 |
| v. | ) | |
| | ) | |
| KEZIA N. LECKEY, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

### COUNT I (Misdemeanor 6631088)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 28, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KEZIA N. LECKEY, did willfully cause an omission and condition that rendered a child abused or neglected.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-371).

## COUNT II (Misdemeanor 6631087)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 28, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KEZIA N. LECKEY, did wrongfully, knowingly, and intentionally operate a motor vehicle while her driver's license or instruction permit or privilege to drive a motor vehicle had been suspended or revoked and who had been directed not to drive by a court or by the Commissioner, the State Corporation Commissioner, the State Highway and Transportation Commissioner, or the Superintendent of State Police until the period of such suspension or revocation was terminated.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-301).

## COUNT III (Misdemeanor 7517180)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 28 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KEZIA N. LECKEY, did wrongfully, knowingly, and intentionally operate a motor vehicle on a highway recklessly, or at a speed or in a manner so as to endanger the life, limb, or property of any person.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-852).

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 10 day of December, 2018 to the defendant at:

KEZIA N. LECKEY
8709 Millbrook Place
Alexandria, Virginia 22309

By: _____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov